United States District Court
Southern District of Texas
**ENTERED**
June 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEONEL GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-60 |
| | § | |
| ATLANTIC RECOVERY SOLUTIONS, LLC, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER ON MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT ATLANTIC RECOVERY SOLUTIONS, LLC

Now before the Court is Plaintiff Leonel Gomez's Motion for Clerk's Entry of Default against Defendant Atlantic Recovery Solutions, LLC ("Atlantic"). (Dkt. No. 10). Although Defendant Atlantic was served with Plaintiff's Summons and Complaint, it has failed to respond to the Complaint within the time allowed by law. *See* (Dkt. No. 5); FED. R. CIV. P. 12(a). Therefore, the Court hereby **ORDERS** that the Clerk of Court enter Default against Defendant Atlantic. *See* FED. R. CIV. P. 55(a).

The Clerk shall send a copy of this Order to counsel for Plaintiff and to each Defendant.

SO ORDERED this 1st day of June, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge