**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| LEONEL GOMEZ, Individually, and on behalf of all others similarly situated, PLAINTIFFS, | |
| v. | Case No.: 7:21-cv-60 |
| ATLANTIC RECOVERY SOLUTIONS, LLC, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendants. | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(2), Plaintiff, Leonel Gomez,

by his attorney, states:

1.  Plaintiff and Defendants have resolved their differences;

2.  Plaintiff desires for his claims against Defendants be dismissed with Prejudice.

3.  Plaintiff requests the Court enter an Order dismissing the case WITH

    PREJUDICE.

                                        Respectfully submitted,

                                        /s/ *Jeffrey D. Wood*
                                        Jeffrey D. Wood, Esq.
                                        ArkBN: 2006164
                                        The Wood Firm, PLLC
                                        11610 Pleasant Ridge Rd. Suite 103
                                        Little Rock, AR  72223
                                        TEL:  682-651-7599
                                        FAX:  888-598-9022
                                        EMAIL:  jeff@jeffwoodlaw.com
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 12, 2021, a copy of the foregoing MOTION TO DISMISS WITH PREJUDICE was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/Jeffrey D. Wood*_____
Jeffrey D. Wood, Esq.