United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEONEL GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-60 |
| | § | |
| ATLANTIC RECOVERY SOLUTIONS, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

After considering Plaintiff's Motion to Dismiss With Prejudice, the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Leonel Gomez against Atlantic Recovery Solutions, LLC and Travelers Casualty and Surety Company of America are dismissed WITH PREJUDICE.

SO ORDERED this 12th day of August, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge